238 So.2d 560

Ex. parte **STATE of Alabama ex rel. ATTORNEY GENERAL.**

I'n re·Marvin **REYNOLDS, alias**

v.

**STATE.**

**3 Div. 462.**

Supreme Court of Alabama.

Aug. 6, 1970.

MacDonald Gallion, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for petitioner, State of Alabama.

L. H. Walden and Warren S. Reese, Montgomery, opposed.

COLEMAN, Justice.

Petition of the State by its Attorney General for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Reynolds v. State, 46 Ala.App. 77, 238 So.2d 557 (3 Div. 8).

Writ denied.

All the Justices concur.